Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC 13 AM 11: 54

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Lyle Lee Capellan        **Docket Number:** 8:97CR17-1 |
| **Sentencing Judge:** | Lyle E. Strom<br>U.S. Senior District Court Judge |
| **Date of Original Sentence:** | July 11, 1997 |
| **Original Offense:** | Threats Against the President [18 U.S.C. 871] |
| **Original Sentence:** | Twenty-seven months BOP and three years Supervised Release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commences:** | August 12, 2006 |

### PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community corrections component with work release for a period of 90 days or until discharged by the United States Probation Office, pursuant to 18 U.S.C. 3563(b)(11).

### CAUSE

Mr. Capellen will be released from the Bureau of Prisons homeless, with no resources, and no support system. He requires an intensive level of care in hopes of addressing his mental health, substance abuse, and subsistence needs.

Respectfully submitted,                                  Reviewed by,

Harriette Washington                                     David E. Goering, Supervising
U.S. Probation Officer                                   U.S. Probation Officer

**Capellan, Lyle**
**Modification of Conditions of Supervision**
**December 9, 2005**

THE COURT ORDERS

___  No Action

___  The Extension of Supervision as noted above

✓  The Modification of Conditions as noted above

___  Other

_____          12/22/05
Lyle E. Strom                              Date
U.S. Senior District Judge

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The defendant shall enter and participate in a community confinement program, in the community corrections component with work release for a period of 90 days or until discharged by the United States Probation Office, pursuant to 18 U.S.C. 3563(b)(11).

Witness: *[signature]* Signed: *[signature]*
Harriette Washington            Lyle Capellen
U.S. Probation Officer

Date: December 9, 2005